UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jeffrey Heldman, Esq. (013302012)
VAZQUEZ HELDMAN
18 Hook Mountain Road, Suite 201
Pine Brook, New Jersey 07058
(973) 434-7062
Attorneys for Defendants Premier Waterproofing LLC, Sam Shear, and Mike Winberg

| | |
|---|---|
| LARAINE CONTE and JANET GUARINO, | Civil Action No.: 3:20-cv-16458 |
| Plaintiffs, | |
| vs. | **MOTION TO COMPEL ARBITRATION** |
| SAM SHEAR and MIKE WINBERG Individually and as Principals, Managers of def. PREMIER WATERPROOFING LLC, and JOHN DOE and ABC CO., | **Returnable: November 1, 2021** |
| Defendants. | |

TO:   George Dougherty, Esq.
      KATZ & DOUGHERTY LLC
      4020 Quakerbridge Road
      Mercerville, New Jersey 08619

PLEASE TAKE NOTICE that on November 1, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for defendants Premier Waterproofing LLC, Sam Shear, and Mike Winberg shall move before the Honorable Zahid N. Quraishi, U.S.D.J., United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, seeking to compel arbitration and stay this action.

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, counsel for the defendants will rely upon this notice of motion, the certifications, the brief and the proposed order submitted herewith, as well as oral arguments of counsel (if necessary). If any responsive papers are filed in opposition to the Application, counsel for the defendants reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

                                        VAZQUEZ HELDMAN
                                        Attorneys for Defendants Premier Waterproofing
                                        LLC, Sam Shear, and Mike Winberg

                                        BY: _____*Jeffrey Heldman /s*_____
                                                 JEFFREY HELDMAN, ESQ.

Date: September 29, 2021