UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

George T. Dougherty, Esquire (247791969)
KATZ & DOUGHERTY, LLC
4020 Quakerbridge Road
Trenton, New Jersey 08619
609-587-1199
Attys for Laraine Conte
and Janet Guarino

| | |
|---|---|
| LARAINE CONTE and JANET<br><br>    Plaintiffs,<br>      Vs.<br><br>SAM SHEAR and MIKE<br>WINBERG, Individually<br>And as Principals,<br>Managers of defendant<br>PREMIER WATERPROOFING,<br>LLC; and JOHN DOE and<br>ABC CO. | Civil Action<br>Dkt. No: 3:20-cv-16458--ZNQ-TJB<br><br><br><br>CERTIFICATION |
| LARAINE CONTE and JANET<br>GUARINO,<br><br>    Plaintiffs,<br><br>         Vs.<br>PABLO COLON, Individually<br>and as President of defendant<br>NEW PREMIER WATERPROOFING,<br>LLC; and JOHN DOE and<br>ABC CO. | |

George T. Dougherty   of full age Certifies as follows:

1. I am the Attorney for Plaintiffs in the above captioned Complaint.
2. In the preparation of the Motion and Appended Brief I have faithfully and accurately referenced the legal and factual sources cited therein, to the best of my ability.

I make this Certification knowing that I am subject to punishment if my statements are knowingly and materially false.

_____
George T. Dougherty,    July 1, 2024