UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

George T. Dougherty, Esquire (247791969)
KATZ & DOUGHERTY, LLC
4020 Quakerbridge Road
Trenton, New Jersey 08619
609-587-1199
Attys for Laraine Conte
and Janet Guarino

| | |
|---|---|
| LARAINE CONTE and JANET<br><br>Plaintiffs,<br><br>Vs.<br><br>SAM SHEAR and MIKE WINBERG, Individually And as Principals, Managers of defendant PREMIER WATERPROOFING, LLC; and JOHN DOE and ABC CO. | Civil Action<br>Dkt. No: 3:20-cv-16458--ZNQ-TJB<br><br><br><br>ORDER |
| LARAINE CONTE and JANET GUARINO,<br><br>Plaintiffs,<br><br>Vs.<br><br>PABLO COLON, Individually and as President of defendant NEW PREMIER WATERPROOFING, LLC; and JOHN DOE and ABC CO. | |

This Matter having been brought before the Court Motion of the Plaintiffs, Laraine Conte and Janet Guarino for the entry of an Order Striking the filing by Defendant Premier Waterproofing LLC, of **AMENDED PLEADINGS ASSERTING NON-COMPULSORY**

**COUNTERCLAIMS AND JOINING UNRELATED NEW THIRD-PARTIES** in the within pending action in contravention of the provisions of N.J.S.A. § 14A:13-11, because Premier was not registered to do business in N.J. in February, 2018, when it performed home remediation services for the plaintiffs in New Jersey which gave rise to the within litigation; and

      The Court finding, on the basis of evidence produced in support the Order, that defendant Premier's filing exceeded the limits of New Jersey's statutory restrictions on Unregistered Foreign Companies which are defendants in actions arising out of New Jersey home improvement or related services;

      Now therefore it is the Decision of the Court that the Plaintiffs' Motion is Granted and the above referenced Pleading is Ordered to be Stricken and that the Court Clerk shall cancel or revoke and warrants or other action take in the enforcement of the pleadings

      _____