

Please reply to: Connecticut Office
984 Southford Road, Suite 14
Middlebury, CT 06762
Phone: (203) 758-1069
Fax: (203) 758-2074

www.minchellalaw.com

Anthony R. Minchella, Esq.
Admitted in Connecticut and New Jersey

John E. Doran, Esq. - Of Counsel
Admitted in Connecticut, Massachusetts and New York

Michael E. Preato, Esq.
Admitted in Connecticut, Massachusetts and New York

New York Office
700 White Plains Road, Suite 259
Scarsdale, NY 10583

August 16, 2024

**Via ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
402 East State Street
Trenton, NJ 08608

       Re:    Laraine Conte, et al. v. Premier Waterproofing LLC, et al.
             Case No.: 3:20-cv-16458

Dear Judge Quraishi:

    I represent Third-Party Defendants, Greensky Servicing, LLC and Greensky, LLC, ("Greensky"). I filed a letter (ECF 77) seeking a pre-motion conference regarding a Motion to Dismiss all claims against GreenSky under Fed. R. Civ. P. 12(b)(6) and a Motion to Strike the Third-Party Complaint.

    Your Honor's Judicial Preferences allow adversaries seven days to submit a written response to my letter. No party has done so.

    I ask the Court, therefore, to enter an order allowing Greensky to file those Motions without a pre-motion conference, which I intend to Notice for Monday, October 7, 2024.

                                                                  Respectfully submitted,

                                                                  Anthony R. Minchella

ARM/mjo
    cc:    Counsel of Record (via ECF)