## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURINE CONTE and JANET GUARINO,<br>　　　　Plaintiffs,<br><br>vs.<br><br>SAM SHEAR and MIKE WINBERG, et al.<br><br>　　　　Defendants.<br>_____<br><br>PREMIER WATERPROOFING LLC, et al.<br><br>　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>GREENSKY SERVICING LLC, et al.<br><br>　　　　Third-Party Defendants. | CIVIL ACTION No:<br>3:20-cv-16458-ZNQ-TJB<br><br><br><br><br>**NOTICE OF MOTION**<br>**TO DISMISS AND STRIKE** |

                  THIRD-PARTY DEFENDANTS,
                  GREENSKY SERVICING, LLC
                  and GREENSKY, LLC

              By:_____
                Anthony R. Minchella, Esq. 052241996
                Minchella & Associates, L.L.C.
                984 Southford Road, Suite 14
                Middlebury, CT 06762
                Tel: 203-758-1069
                Fax: 203-758-2074
                aminchella@minchellalaw.com

**TO:**

  Jeffrey Heldman, Esq.
  Vazquez Heldman LLC
  18 Hook Mountain Road, Suite 201
  Pine Brook, NJ 07058
  Attorneys for Premier Waterproofing, LLC,
  Sam Shear and Mike Winberg

-2-

**COUNSEL:**

**PLEASE TAKE NOTICE** that on October 7, 2024, or as soon thereafter as counsel may be heard, Third-Party Defendants GreenSky Servicing, LLC and GreenSky, LLC (collectively "GreenSky") shall move by and through their attorney, Anthony R. Minchella of Minchella & Associates, LLC, before the Honorable Zahid N. Quraishi, United States District Court Judge, Clarkson S. Fisher United States Courthouse, 402 East State Street, Trenton, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), 14, and 12(f) to dismiss and/or strike Third-Party Plaintiffs' Third-Party Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, GreenSky shall rely upon the accompanying Memorandum of Law, which is being filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith.

Dated:  September 13, 2024

                                                              Respectfully Submitted,

                                                              **MINCHELLA & ASSOCIATES, L.L.C.**
                                                              Attorneys for Third-Party Defendants
                                                              GreenSky Servicing, LLC and
                                                              GreenSky LLC

By: _____[signature]_____

                                                              Anthony R. Minchella, Esq.
                                                              Minchella & Associates, L.L.C.
                                                              984 Southford Road, Suite 14
                                                              Middlebury, CT 06762
                                                              Juris No.: 421626
                                                              Tel: 203-758-1069
                                                              Fax: 203-758-2074
                                                              aminchella@minchellalaw.com

## **CERTIFICATION OF SERVICE**

On this date, I submitted this Notice of Motion, Proposed Order, Brief, and Certification of Anthony R. Minchella by Electronic Filing to the Clerk, United States District Court, District of New Jersey, Clarkson S. Fisher United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, and a copy of same by electronic filing and by first class to the following counsel and self-represented parties of record:

George T. Dougherty, Esq.
Katz & Dougherty, LLC
4020 Quakerbridge Road
Trenton, NJ 08619
*Attorneys for Laraine Conte*
*and Janet Guarino*

Jeffrey Heldman, Esq.
Vazquez Heldman LLC
18 Hook Mountain Road, Suite 201
Pine Brook, NJ 07058
*Attorneys for Premier Waterproofing, LLC,*
*Sam Shear and Mike Winberg*

William Rieser, Esq.
The Gold Law Firm, P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
*Attorneys for Pablo Colon*
*and New Premier Waterproofing, LLC*

_____
Anthony R. Minchella

Dated: September 13, 2024