+ **GEORGE DOUGHERTY LAW OFFICE, LLC**
Attorney at Law
4020 QUAKERBRIDGE ROAD
MERCERVILLE, NEW JERSEY 08619
TELEPHONE: (609) 587-1199     TELEFAX:    (609) 587-0550
E-mail: georgedougherty4020@gmail.com
NJ Identification No.: 247791969

George T. Dougherty

November 24, 2024

Honorable Zahid N. Quraishi
United States District Court Judge
District of New Jersey

Dear Honorable Quraishi:

I am in receipt of Your Honor's order dated November 18, 2025. The plaintiffs in this matter wish to file a Motion for Reconsideration.

This correspondence is to respectfully request the Court's permission for an extension of time to the 10 day rule due to the holidays. I will be out of the state visiting with family and will not return until next week.

Thank you for your consideration in this matter.

                                                Respectfully,

                                        *George T. Dougherty*
                                        _____
                                        s/ George T. Dougherty